IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY RHANEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-2876

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed February 25, 2015.

An appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, III, Judge.

Paul J. Hamlin, Jr., of The Hamlin Law Firm, P.A., Pensacola, for Appellant.

Pamela Jo Bondi, Attorney General, Donna A. Gerace, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.